# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

Robert P. Young, Jr.,
Chief Justice

141827 & (62)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

FRANCIS JOSEPH HINSBERG,
      Plaintiff-Appellee/
      Cross-Appellant,

v

                                SC: 141827
                                COA: 290481
                                Genesee CC: 07-275950-DM

MARIA HINSBERG,
      Defendant-Appellant/
      Cross-Appellee.
_____/

      On order of the Court, the application for leave to appeal the August 19, 2010 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

y0228